## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Edward Weinhaus, et al.

                                                      Plaintiff,

v.                                                                      Case No.: 1:25−cv−14662
                                                                                         Honorable Jorge L. Alonso

Township High School District 113, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion [26] for leave to file an amended complaint instanter is granted. Plaintiff shall file an amended complaint as a separate entry on the docket instanter. Defendants shall answer or otherwise respond to the amended complaint by 3/16/26. Presentment of motion set for 2/10/26 is stricken. Motions [17] [21] to dismiss is denied as moot. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.