# EXHIBIT A

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| LAKE COUNTY | PROTECTIVE ORDERS | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | NATALIE COHEN<br>**Petitioner** *(First, middle, last name)* | |
| Enter your name as Petitioner. | v. | |
| Enter the name of the person you are suing as Respondent. | STEVEN DAVID COHEN<br>**Respondent** *(First, middle, last name)* | 2024OP002585<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Respondent.)* | |

## IMPORTANT: A case has been filed against you.

- Read all documents attached to this *Summons*.
- You MUST attend court on the date in this Summons. If you do not attend that date or on any subsequent hearing date agreed to by the parties or set by the court, the judge may decide the case without hearing from you. This is called "default."
- Within 7 days of receiving this Summons you must file a document called an Appearance. If you do not file required court documents on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case and a protective order could be entered against you. You do not have to file a document called an Answer/Response in a protective order case unless ordered to by the judge.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

| In **1**, enter the name of the person you are seeking protection from and their contact information. | 1. **Respondent's address and service information**<br>a. Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: STEVEN DAVID COHEN<br>Street Address, Unit #: 99 ROGER WILLIAMS AVENUE<br>City, State, ZIP: HIGHLAND PARK, IL, 60035<br>Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Respondent, if you have one. | b. If you have more than one address where Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |

SU-502.5                    Page 1 of 4                    (06/23)
Visit http://www.i2file.net/dv to validate this document:Validation ID:IPO2460599105361409

Enter the Case Number given by the Circuit Clerk: __2024OP002585__

| | |
|---|---|
| In **1c**, check how you are sending your documents to Respondent. | c. Method of service on Respondent:<br>☐ Sheriff ☐ Sheriff outside Illinois: _____<br>                                                                 County & State<br>☐ Special process server ☐ Licensed private detective |
| In **2**, check the box that describes the type of case you started against the Respondent. | 2. Petitioner has filed against you for the following<br>☒ Order of Protection ☐ Stalking No Contact Order<br>☐ Civil No Contact Order ☐ Other _____ |
| In **3**, fill in the date, time, and location of your next court date. Also fill in the clerk's phone number and website. All of this information is available from the Circuit Clerk. Find their phone number at ilcourts.info/CircuitClerks | 3. Instructions for person receiving this form *(Respondent)*<br>☒ Go to court on the date in the attached *Order*.<br>☐ Go to court on: _____ in Courtroom _____<br>            Date & Time           Courtroom<br>at the _____<br>    *Courthouse Address, City, State, ZIP*<br>You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance."<br>Call the Circuit Clerk at: _____ or visit their website<br>    *Circuit Clerk's phone number*<br>at _____ to find out more about how to do this.<br>    *Website* |
| In **4**, check the first box and enter your contact information. If you do not want the Respondent to know that information, check the second box and give a different address where you can receive legal documents. | 4. Contact information for Petitioner<br>☒ This is Petitioner's information and address; OR<br>☐ The Petitioner's address is protected. The address below is a place where notices can be sent.<br>Name (First, Middle, Last): NATALIE COHEN<br>Street Address, Apt #: 99 ROGER WILLIAMS AVENUE<br>City, State, ZIP: HIGHLAND PARK, IL, 60035<br>Telephone and email: _____<br>By adding your email, you agree to receive court documents by email. |
| **STOP!** The Circuit Clerk will fill in this section. | Date Issued: 10/15/2024<br>    *[signature: Erin Cartwright Weinstein]*<br>Clerk of the Court: _____<br><br>TRAN#: IPO24605991055361409 |
| **STOP!** The officer or process server will fill in the Date of Service. | Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Respondent or other person.)* |
| Petitioner: | To serve this *Summons*, ask the Sheriff to deliver it to Respondent. Ask the Circuit Clerk how to give the *Summons* to the Sheriff. |

Enter the Case Number given by the Circuit Clerk: 2024OP002585

| STATE OF ILLINOIS, CIRCUIT COURT LAKE COUNTY | PROOF OF SERVICE FOR PROTECTIVE ORDERS | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Petitioner.

Enter the name of the person you are suing as Respondent.

Enter the Case Number given by the Circuit Clerk.

NATALIE COHEN
Petitioner *(First, middle, last name)*

v.

STEVEN DAVID COHEN
Respondent *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Respondent.)*

2024OP002585
Case Number

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
      *First, Middle, Last*

☐ that I served the *Summons*, *Petition*, and *Order* issued in this case on the Respondent _____ as follows:
    *First, Middle, Last*

   ☐ Personally on the Respondent:
      Male: ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
      Address, Unit #: _____
      City, State, ZIP: _____

   ☐ On someone else at the Respondent's home who is at least 13 years old and is a family member or lives there:
      On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
      Address, Unit #: _____
      City, State, ZIP: _____
      And left it with: _____
                        *First, Middle, Last*
      Male: ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      and by sending a copy to this Respondent in a postage-paid, sealed envelope to the above address on _____, 20____

☐ I was not able to serve the *Summons*, *Petition*, or any *Order* on Respondent: _____
   *First, Middle, Last*

I made the following attempts to serve the *Summons*, *Petition*, and any *Order* issued in this case on the Respondent:

1. On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

SU-502.5                    Page 3 of 4                    (06/23)

Enter the Case Number given by the Circuit Clerk: 2024OP002585

Other information about service attempt:
_____
_____
_____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

   Other information about service attempt:
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

   Other information about service attempt:
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service for Protective Orders* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

Under the Code of Civil Procedure, **735 ILCS 5/1-109**, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

By: _____

Signature by:  ☐ Sheriff
               ☐ Sheriff outside Illinois:
               _____
               *County and State*
               ☐ Special process server
               ☐ Licensed private detective

_____
Print Name

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

SU-502.5    Page 4 of 4    (06/23)

Visit http://www.i2file.net/dv to validate this document. Validation ID: IPO24605991055361409

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS NINETEENTH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS | PETITION FOR ORDER OF PROTECTION |
|---|---|

Civil Proceeding [X]
Criminal Proceeding [ ]

**Instructions ▼**

Directly above, enter the county where you filed this case.

Enter your name as Petitioner.

Enter name of the person you are seeking protection from as Respondent.

Enter the Case Number given by the Circuit Clerk.

Check the boxes for ALL people you want to include in the Order.

On the lines provided, enter the name for each person you are trying to protect. "Other household members" includes people living with you or working where you are staying.

**Petitioner:** NATALIE COHEN (49)
*(First, middle, last name)*

v.

**Respondent:** STEVEN DAVID COHEN (55)
*(First, middle, last name)*

**People to be Protected by this Order** (check all that apply):
Petitioner refers to any protected person in this Order.

[X] Petitioner

[ ] Petitioner's minor children with Respondent:
_____

[X] Petitioner's minor children not related to Respondent:
SADIE J WEINHAUS (16)
ERNIE N WEINHAUS (13)

[ ] Dependent adult: _____

[ ] High-risk adult: _____

[ ] Other household members: _____

**For Court Use Only**

2024OP002585
Case Number

[X] Independent
[ ] Juvenile
[ ] Other Civil Proceeding
[ ] Criminal

**FILED**

OCT 11 2024

*Erin Cartwright Weinstein*

CLERK OF THE
NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

**NOTE:** If you are completing this form for a minor child, dependent adult, or high risk adult, insert information needed below as if you were that person. Do not use your information, except as directed at the bottom of page 10 where you will sign this form.

Check either or both boxes for the type of order you want. If you need protection today, check the first one.

In background information 1, enter the address and email (if you have one) where you want to receive Court notices. If you do not want Respondent to know where you live, enter a different address where you can get mail. If you do not want Respondent to know your email, enter a different email where you can get Court notices. If you do not

**TYPE OF ORDER OF PROTECTION REQUESTED AGAINST RESPONDENT** (check all that apply)

[X] Emergency Order of Protection (civil case)/ Ex Parte Protective Order (criminal case)
*(These short-term Orders of Protection can be granted on the same day you file your Petition without advance written notice to Respondent because advance notice would cause more abuse).*

[X] Plenary Order of Protection (civil case)/Final Protective Order (criminal case)
*(These long-term Orders of Protection can only be granted at a court hearing after advance written notice to Respondent.)*

**BACKGROUND INFORMATION**

1. [ ] If Respondent should not know household address because it may cause more abuse, use this address for Court notices:

   _____
   *Street Address, Apt #, City, State, ZIP*

   _____
   *Email*

   OR

   [X] Respondent knows household address and it is:
   99 ROGER WILLIAMS AVENUE, HIGHLAND PARK, IL 60035.
   *Street Address, Apt #, City, State, ZIP*

OP-P 403.4    Page 1 of 13 - Petition for Order of Protection    (8/21)

Case No. 2024OP002585
Ref. Case _____

| have another email, leave this blank. | Email |

**GETTING COURT DOCUMENTS BY EMAIL**: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| In 2, if you do not know Respondent's date of birth or Respondent's home or work address, write "do not know." | 2. Respondent's Information<br>Respondent's date of birth: 03/24/1969<br>Respondent's home address: 99 ROGER WILLIAMS AVENUE, HIGHLAND PARK, IL 60035.<br>*Street Address, Apt #, City, State, ZIP*<br>Respondent's work information:<br><br>_____<br>*Employer          Street Address, City, State, ZIP* |

| In 3, check all the boxes that describe your relationship to Respondent. For example, if you are requesting an *Order of Protection* against your mother, you will check the box next to "Child" because you are the child of the Respondent. | 3. Petitioner's Relationship to Respondent *(check all that apply)*<br>☐ Boyfriend / Girlfriend / Dating Relationship (including ex) (BG)  ☒ Spouse(SE)  ☐ Ex Spouse(XS)<br>☐ Have Children with Respondent(never married to Respondent)(CC)  ☒ Sharing or Shared Home(CS)  ☐ Child(CH)<br>☐ Parent (PA)  ☐ Brother / Sister / Sibling (SB)  ☐ Other Family Member (OF)<br>☐ Other - Petitioner not Related to Respondent (OT)  ☐ In-law (IL)  ☐ Personal Caregiver to Disabled Petitioner (PC)<br>☐ Petitioner with Disability receives care from respondent (PD)  ☐ Personal Assistant of Petitioner (PR)  ☐ Grandchild (GC)<br>☐ Grandparent (GP)  ☐ Step-Child (SC)  ☐ Step-Brother / Step-Sister / Step-Sibling (SS)<br>☐ Prospective or Adoptive Child has Family or House hold Relationship with Respondent  ☐ Foster Child has Family or Household Relationship with Respondent  ☐ Legally Appointed Guardian or Custodian of a Child who has a Family or Household Relationship with Respondent<br>☐ Step-Parent (SP) |

| Answer Sections 4 and 5 the best you can. If you check 'yes' but do not know some of the information asked for, then write "do not know." If you need more room, check the box, fill out the *Additional Case Information* form, and file it with this *Petition*. | 4. Is there now, or has there ever been, another *Order of Protection* entered against Respondent involving Petitioner?  ☐ Yes  ☒ No  ☐ Do not know<br>If yes, list information about the cases: |

| Names of People Involved | State & County | Year |
|---|---|---|
| | | |

☐ I have listed additional case information on the *Additional Case Information* form.

| In 5, list all other types of court cases that you have been involved in with Respondent, such | 5. Is there now, or has there ever been, another court case with Respondent involving Petitioner?<br>☐ Yes  ☒ No  ☐ Do not know   If **yes**, list information about the cases: |

| Type of case | State & County | Year |
|---|---|---|
| | | |

Confidential

OP-P 403.4                              Page 2 of 13 - Petition for Order of Protection                              (8/21)

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| as divorce, custody, child support, parentage, parenting time, guardianship, adoption, and abuse and neglect cases. | ☐ I have listed additional case information on the *Additional Case Information* form. |
| In 6, check all boxes that are true. | 6. This *Petition* may be filed in this county because (*check all that apply*):<br>☒ Petitioner resides here.<br>☒ Respondent resides here.<br>☒ The abuse happened here.<br>☐ Petitioner fled here to avoid abuse. |
| In 7, start with what happened most recently. Enter the date and time and describe what happened. Be as specific about dates and times as you can. You can include any past abuse and any criminal convictions that resulted. If you don't remember exact dates of things that happened long ago, just enter the month and year.<br><br>If you need more room, fill out the *Additional Incidents of Abuse* form or your own extra pages and file it with this *Petition*. | 7. An *Order of Protection* is needed because Respondent did these things:<br>**Date:** 10/11/2024 **Time:** **What happened:** THIS MORNING I WAS IN THE KITCHEN MAKING MY COFFE AND MY HUSBAND CAME IN AND ATTEMPTED TO TALK TO ME AND I DID NIT ENGAGE BECAUSE I HAVE LEARNED THE BST THING TO DO IS NOT RESPOND WHEN HE APPROACHES ME. HE CONTINUED TOTALK AND THEN STARTED YELLING AT ME INSULTS AND THREATS AS HE HAS DONE MANY TIMES AND HE REFUSES TO GIVE ME SPACE I REACHED OUT TO THE SOCAIL WORKER AND THE HPPD THAT I AM NERVOUS TO GO INTO A LONG WEEKEND WIHT HIM WIHT MY CHILDREN BECAUSE AS SHE KNOWS HE HAS A HISTORY OF BEING VERBALLY ABUSIVE DOMINEERING WONT ALLOW FOR SOACE THREATENS TO TAKE MY CAR AWAY OR STALKS ME IF I LEAVE THE HOUSE AND HE HAS ALSO BEEN PHYSICALLY AGGRESIVE GRABBING HITTING AND PULLING MY HAIR<br><br>**Date:** OVERALL **Time:** OVERALL **What happened:** STEVEN DOES NOT TAKE NO FOR AN ANSWER. THERE HAVE BEEN MANY TIMES HE HAS CONTROLLED ME BY TAKING MY CAR KEYS AWAY THREATENING ME GASLIGHTING ME TO THINK ITS MY FAULT FOR WHY HE IS ANGRY AND INSULTS ME. MAKES ME FEELS LIKE I AM POWERLESS BECAUSE HE OWNS EVERYTHING AND I HAV E NOTHING. I BARRACADE MYSELF IN MY WALK IN CLOSET THAT HAS A LOCK BUT HE HAS THE CODE TO GET IN. I HAVE BEEN SLEEPING IN THERE ON THE FLOOR FOR THE PAST FEW MONTHS. AT TIMES HE BARGES IN WITHOUT MY PERMISSION EVEN THOUGH I ASK HIM NOT I PUT POST ITS ON MY DOOR NOT TO ENTER AND HE RIPS THEM UP HE AGGRSSVELY COMES ATER ME WITH THREATS AND INSULTS. HE BARGES INTO THE BATHROOM WHEN I AM SHOWERING EVEN THOUGH I LOCK THE DOOR HE OPENS IT AND SAYS WE ARE MARRIED. HE YELLS AT ME CALLING ME A BITCH IN FRONT OF MY KIDS ADN SAYS I AM HARMING THEM AND RUINING THEIR LIVES. IT HAS GOTTEN TO THE POINT THAT MY DAUGHTER IS NOT ABLE TO KEEP UO AT SCHOOL SHE HAS CRIED TO HER SCHOOL COUNSLER AND JUST WANTS TO BE WITH ME TO PROTECT ME. I HAVE CALLED THE POLICE ON STEVEN AND I WARN HIM AHEAD BECAUSE THAT IS THE ONLY WAY TO GET HIM TO BACK OFF AND ALLOW ME TO LEAVE. HE GOT PHYSICAL ABOUT A MONTH AGO HE CHASED ME AND TRIED GRABBING MY PHONE OUT OF MY HANDS AND I HELD ONTO IT AND THEN HE HIT ME AND GOT THE PHINE THREW IT AT ME AND THEN GRABBBED MY CLIPPED IN HAIR AND THREW IT AND THEN LEFT. MY THERAPIST WANTED ME TO GET THIS ORDER AS WELL BECAUSE SHE KNOWS IT IS HARMING AND EFFECTING MY MENTAL HEALTH AND THE KIDS AS WELL I AM AFRAID HE WILL ESCALATE EVEN MORE |

☐ I have attached the *Additional Incidents of Abuse* form or my own extra pages.

**PROTECTIONS REQUESTED BY PETITIONER**

☒ 1. No Abuse

Confidential

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| In **1**, check box 1 and each box below for the type of abuse you want to prevent. If you are unsure what the words after the boxes mean, you can look at definitions on the last page of this form. | Respondent be ordered not to threaten or commit the following acts of abuse towards Petitioner (*check all that apply*):<br>[X] Harassment    [ ] Intimidation of a Dependent<br>[X] Physical Abuse    [ ] Exploitation of a High-Risk Adult with Disabilities<br>[X] Stalking    [ ] Neglect of a High-Risk Adult with Disabilities<br>[ ] Willful Deprivation    [X] Interference with Personal Liberty |
| Check **2** if you want Respondent to stay away, at all times, from your home or provide you alternative housing. | [X] **2. Possession of Residence** (*check a or b*)<br>These remedies do not affect who owns the property, only who gets to use or occupy it. |
| Check **2a** if you want Respondent to stay away from your home. If you listed your address on page **1**, check the first box under **2a** and enter your address. If you did not list your address on page **1**, check the second box under **2a**. Under BECAUSE, check the reason why Respondent should not be allowed to stay at the place you are living. Check **2b** if you want Respondent to provide you different housing. | [X] a. Petitioner be granted exclusive possession of the residence and Respondent be ordered not to stay or be at the residence.<br>    [X] Petitioner's residence is located at:<br>    99 ROGER WILLIAMS AVENUE HIGHLAND PARK 60035<br>    *Street Address, Apt #, City, State, ZIP*<br>    OR<br>    [ ] Petitioner's address is undisclosed.<br>BECAUSE (*check one*):<br>[ ] Petitioner has a right to occupy the residence and Respondent has no right; OR<br>[ ] Petitioner and Respondent both have a right to occupy the residence but it would be harder on Petitioner to leave.<br>OR<br>[ ] b. Respondent be ordered to provide, and stay away from, alternate housing for Petitioner to live in because the parties share a residence. (*available ONLY after actual notice to Respondent and/or a hearing with the judge*). |
| In **3**, read the information in the box below and make sure that is what you want. If so, check box **3** and each box below that applies. | [X] **3. Stay Away from Petitioner and Certain Places** *(see box below)*<br>Respondent be ordered to (*check all that apply*):<br>[X] Not have any communication with Petitioner.<br>[X] Stay away from Petitioner at all times.<br>**IMPORTANT:** If ordered to stay away from Petitioner, Respondent must not have ANY physical, non-physical, direct or indirect contact with Petitioner. If ordered to not communicate with Petitioner, communication includes oral communication, written communication, sign language, telephone and cell phone calls, faxes, texts, tweets, emails, posts, or communication by any other social media, and all other communication with Petitioner. This also includes contact or communication through others who may not know about the *Order of Protection*. |
| In **3a**, check if you want Respondent to stay away from places you need to go.<br><br>**NOTE:** Respondent will see these addresses. If you do not want Respondent to know where the children go to school, do not list it. Instead, check the box | [X] a. Respondent be ordered not to be or stay at any of the following places while Petitioner is there:<br>[ ] Places of employment of Petitioner, located at:<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>[ ] Schools, kindergartens, or daycare centers of Petitioner, located at:<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP* |

OP-P 403.4      Page 4 of 13 - Petition for Order of Protection      (8/21)

Case No. 2024OP002585
Ref. Case _____

| Side note | Content |
|---|---|
| and fill out the *Confidential Name & Location of the School or Childcare Provider* form, and file it with the Circuit Clerk as *"confidential."* | *Name, Street Address, Apt #, City, State, ZIP*<br>☐ I have given the name and location of the school or childcare provider on the *Confidential Name & Location of the School or Childcare Provider* form.<br>☒ Other locations:<br>99 ROGER WILLIAMS AVENUE HIGHLAND PARK 60035<br>*Name, Street Address, Apt #, City, State, ZIP*<br><br>*Name, Street Address, Apt #, City, State, ZIP* |
| Fill in 3b only if Respondent attends the same school as Petitioner. | ☐ b. **School Restrictions**<br>_____ is an elementary, middle, or<br>*School Name*<br>high school attended by both Respondent and Petitioner for whom protection is sought. Respondent be ordered *(check one)*:<br>☐ Not to attend Petitioner's school for as long as Petitioner is enrolled there;<br>☐ To accept a change of placement or program at Petitioner's school, as determined by the public school district or by a private or non-public school; OR<br>☐ Not to be present in these parts of Petitioner's school: |
| In 3c, if Respondent is a minor, include the name of Respondent's Parent or Guardian, if you know it. | ☐ c. **Requirements for Parents and Guardians**<br>Respondent is a minor. To ensure that Respondent follows this Order, Respondent's Parent or Guardian _____<br>*Name of Parent or Guardian*<br>be ordered to: |
| Check 4 if you want Respondent to get evaluation and treatment and all the boxes under it that apply to your case. **NOTE:** A judge can only order counseling at a hearing where Respondent is present or has been given formal written notice. | ☐ 4. **Counseling** *(available **ONLY** after actual notice to Respondent and/or a hearing with the judge)*<br>☐ Respondent be ordered to participate in the following *(check all that apply)*:<br>☐ A Domestic Violence Partner Abuse program.<br>☐ An alcohol and substance abuse evaluation and to successfully complete all recommendations.<br>☐ A mental health evaluation and to successfully complete all recommendations.<br>☐ Other *(please specify)*: |

| Petitioner: | Fill out Section 5 only if you have children younger than 18 with Respondent. |
|---|---|
| In 5a, enter the names of all children under age 18 that you and Respondent have together. | ☒ 5. **Care and Possession of Children**<br>☐ a. Respondent and Petitioner are both the parents of these minor children: |

| Child's Name (first, middle, last) | Age | State of Residence | Included as a Protected Person? |
|---|---|---|---|
| | | | |

| Side note | Content |
|---|---|
| Check the box after each child if you want to protect them from Respondent. | |
| In 5b, check the boxes that apply to your children with Respondent. | ☒ b. **Parentage of the Children**<br>☒ The parties are NOT married and parentage HAS NOT been established.<br>OR |

OP-P 403.4        Page 5 of 13 - Petition for Order of Protection        (8/21)

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| Check 5c and check the box for the person who takes care of the children most of the time. If the primary caretaker of the children is someone other than you or Respondent, check the box for "Other person" and enter that person's name and address. | ☐ Parentage HAS been established because *(check one)*:<br>  ☐ The children of the parties were born before or during the marriage of the parties, or within 300 days of termination of the marriage.<br>  ☐ The parties are NOT married but parentage HAS been established by one or more of the following:<br>    1. Both parties have signed a Voluntary Acknowledgment of Paternity (VAP)<br>      *(if both parties' names are on the birth certificate, both parties signed the VAP)*<br>    2. A court or administrative order<br>    3. Other: _____<br>☒ c. The primary caretaker of the minor children is *(check one)*:<br>  ☒ Petitioner<br>  ☐ Respondent<br>  ☐ Other person: _____<br>    *Name*<br>  _____<br>  *Street Address, Apt #, City, State, ZIP* |
| Check 5d if you are protecting children you have with Respondent. Check the boxes that apply to your case and fill in the information.<br><br>If you do not want Respondent to know where the children go to school, do not list it. Instead, check the last box and fill out the *Confidential Name & Location of the School or Childcare Provider* form, and file it with the Circuit Clerk as "confidential." | ☒ d. Care and Possession of Children<br>Petitioner requests the following *(check all that apply)*:<br>  ☒ Petitioner be granted physical care and possession of the minor children.<br>  ☐ Respondent be ordered to return the minor children to the physical care of Petitioner or another person, _____<br>  ☐ Respondent be ordered to not remove the minor children from the physical care of Petitioner or from a school or childcare provider.<br>  ☐ I have given the name and location of the school or childcare provider on the *Confidential Name & Location of the School or Childcare Provider* form. |

**Petitioner:**    Fill out Sections **6-7 only** if you have children younger than 18 with Respondent.

| | |
|---|---|
| Check 6, if you want significant decision-making responsibility (formerly custody). | ☐ **6. Temporary Significant Decision-Making Responsibility** *(formerly custody)*<br>*(available **ONLY** after actual notice to Respondent and/or a hearing with the judge)*<br>  ☐ Petitioner requests temporary significant decision-making responsibility for the minor children. |
| In 7, check box **a, b, c,** or **d** to let the court know if, how, and when Respondent should have parenting time.<br><br>Check 7b if you do not want parenting | ☐ **7. Respondent's Parenting Time** *(formerly visitation)* **with the Minor Children**<br>Petitioner requests that the court order parenting time as follows *(check a, b, c, or d)*:<br>  ☐ a. GRANT parenting time for Respondent without restrictions *(if granting, fill out schedule below in part 7e)*.<br>  ☐ b. RESERVE parenting time until a later hearing *(this means the Court will not make any decisions on parenting time right now). (If you checked RESERVE, skip to Section 8.)*<br>  ☐ c. DENY parenting time for Respondent *(no visits at all)*. If you checked DENY, **check your reasons below,** then skip to Section **8**). |

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| time decided now, then skip to **8**.<br><br>If you checked 7c or 7d, check all reasons that apply. | ☐ d. **RESTRICT** parenting time for Respondent *(Visits with limits. **Check your reasons** below, then fill out the schedule below in 7e.)*<br>*If you chose DENY or RESTRICT, check your reasons below.*<br>Respondent is likely to *(check all that apply)*:<br>☐ Abuse or endanger the children during parenting time.<br>☐ Use parenting time to abuse or harass Petitioner, Petitioner's family, or household members. |
| In 7, If you checked GRANT or RESTRICT and you want Respondent to have parenting time, complete 7e. If you know what the schedule should be, either attach it and check 7e1 or pick your parenting time schedule in 7e2. Enter when, where, and how you want parenting time to happen and fill in the blanks with specific times, days, and other information. Include a.m. or p.m. | ☐ Improperly hide or detain the children.<br>☐ Act in a way that is not in the best interest of the children.<br>*If you chose GRANT or RESTRICT, request your parenting time schedule below:*<br>☐ e. Respondent's parenting time should be *(check 1 or 2)*:<br>  ☐ 1. See attached parenting time schedule; OR<br>  ☐ 2. The following parenting time schedule *(check all that apply)*:<br>    ☐ Every _____ from _____ to _____<br>            Week days          Time          Time<br>    ☐ Each weekend OR ☐ Every other weekend as follows: *(include a.m. or p.m.)*<br>      ☐ from Friday at _____ to Saturday at _____<br>      ☐ from Friday at _____ to Sunday at _____<br>      ☐ from Saturday at _____ to Saturday at _____<br>      ☐ from Saturday at _____ to Sunday at _____<br>      ☐ from Sunday at _____ to Sunday at _____<br>  ☐ Parenting time is to begin on: _____<br>                                    Date<br>  ☐ Holidays: _____<br>     from: _____ to: _____<br>           Time        Time |
| Enter the name of the person who will be responsible for transportation during parenting time. | ☐ The person responsible for transportation of the children for parenting time is:<br>_____<br>Name |
| Enter the name or address of the place where pickup and return will take place. | ☐ Pickup for parenting time to take place at:<br>_____<br>*Name of place (if any), Street Address, Apt #, City, State, ZIP*<br>☐ Return from parenting time to take place at:<br>_____<br>*Name of place (if any), Street Address, Apt #, City, State, ZIP* |
| Enter the address of the place where the parenting time will take place. | ☐ Parenting time will take place at:<br>_____<br>*Name of place (if any), Street Address, Apt #, City, State, ZIP* |
| If you want an individual to supervise parenting time, enter that person's name on the line. The *Affidavit of Parenting Time Supervisor* form must be completed and signed by the supervisor. This *Affidavit* is not | ☐ Parenting time will be supervised by: , _____<br>                            Name of Supervisor<br>who has filed or will file an *Affidavit of Parenting Time Supervisor* form with the court accepting responsibility and acknowledging accountability.<br>☐ Parenting time will be supervised at an official supervised visitation center *(if available)*<br>☐ Respondent to return the children to Petitioner or the person designated by Petitioner immediately at the end of parenting time. |

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| required if an agency or center is supervising. | |
| In 8, check if you are afraid Respondent will hide your children or take them out of state. | [X] **8. No Concealment or Removal of Children**<br>Respondent be ordered not to hide the children or remove them from Illinois. |
| In 9, check if Respondent has your children and you want them to be with you. | [ ] **9. Appear with Children** *(check all that apply)*<br>Respondent be ordered to appear in court with the children<br>[ ] To prevent abuse, neglect, removal or concealment of the children.<br>[ ] To return the children to Petitioner.<br>[ ] To permit a court-ordered interview or examination of the children or Respondent. |
| Check 10a if you want your things protected from Respondent. List things you want to keep with you. | [X] **10. Possession of Personal Property** *(check all that apply)*<br>[ ] a. Petitioner be awarded possession of this property: _____ |
| Check 10b if Respondent has some or all of the property you listed in 10a. List the things you want back. Check all boxes below that apply to your case. | [ ] b. Respondent be ordered to give Petitioner this property: _____<br><br>BECAUSE *(check one)*:<br>[ ] Petitioner, but not Respondent, owns the property.<br>[ ] Petitioner and Respondent both own the property. Sharing it would put Petitioner at risk for abuse or is not practical. Not having the property would be harder on Petitioner. |
| In 10c, check if you have things that Respondent may need immediately. Then check the boxes that fit your case and list any other items. | [ ] The parties are married and a divorce case [ ] has [ ] has not been filed.<br>[X] c. Respondent be awarded possession of: [X] clothing, [X] medicine, AND/OR<br>[X] other personal property *(list)*:<br>PERSONAL PAPERS |
| In 10d, check if Respondent can enter the residence one time to get their things. | [X] d. Respondent be given the right to enter the residence **only one time** to retrieve their property, but only in the presence of law enforcement or another person named below. |
| Check 10e if you checked 10b or 10c. Enter the address where you want the transfer to happen. | [X] e. Transfer of Personal Property<br>Property to be transferred at:<br>99 ROGER WILLIAMS AVENUE HIGHLAND PARK 60035<br>*Street Address, Apt #, City, State, ZIP* |
| In 10f, check who you want to be there when it happens and enter that person's name. It may be safer | [X] f. Property to be transferred in the presence of *(check one)*:<br>[X] Law enforcement: HIGHLAND PARK POLCIE DEPARTMENT<br>*Name of law enforcement agency*<br>to be arranged with law enforcement.<br>[ ] Another person: _____<br>*Name* |

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| if the transfer is in the presence of a law enforcement officer. | Transfer Date: _____ Time: _____ |

Enter the date and time you want to transfer these things.

Check 11 if you want your things protected from Respondent and list what you want protected.

[X] **11. Restrictions on Property**
  [X] Respondent be ordered not to take, damage, or otherwise dispose of this property:
  WHITE BENTLEY 2020
  BECAUSE *(check one):*
  [ ] Petitioner, but not Respondent, owns the property.
  [X] Petitioner and Respondent both own the property. Not having the property would be harder on Petitioner.
  [ ] The parties are married and a divorce case   [ ] has   [ ] has not been filed.

Then, check all the boxes below the lines that apply to your case.

  [ ] Restriction on Resources of an Elderly Petitioner
  Respondent be ordered not to use financial or other resources of an elderly Petitioner for the benefit of Respondent or any other person.

Check Restrictions on Resources to stop Respondent from using an elderly person's money or property for themselves.

  [ ] **11.5 Possession of Animals**
  Petitioner be awarded possession of these animals:
  _____
  *Name and description of each animal*

In 11.5, check to protect your pets from Respondent.

  [ ] **12. Temporary Support** *(available **ONLY after** actual notice to Respondent, and/or a hearing with the judge, check all that apply)*
  Respondent be ordered to pay support as follows:
    [ ] Respondent pay temporary child support
    [ ] Respondent pay temporary maintenance *(formerly called spousal support or alimony)*

In 12, check if you want Respondent to give you money to help you or children you have together. If you have it, bring proof of income to the next court date.

  [ ] **13. Payment for Losses because of Abuse** *(available **ONLY after** actual notice to Respondent) and/or a hearing with the judge, check all that apply)*
    [ ] Respondent be ordered to pay Petitioner for losses caused by abuse, neglect, or exploitation, including:
      [ ] Medical expenses..............................................................$ _____
      [ ] Lost earnings....................................................................$ _____
      [ ] Repair or replace property damaged or taken..........................$ _____
      [ ] Moving and other travel expenses.......................................$ _____
      [ ] Reasonable expenses for housing other than a domestic violence shelter....$ _____
      [ ] Expenses for search and recovery of children.........................$ _____
      [ ] Reasonable attorney's fees................................................$ _____
      [ ] Other: _____ $ _____

In 13, check all boxes that apply to your case. If you know, enter the amount of the cost in the blank. If you are not sure, you can estimate. Bring receipts, including proof of payment, and estimates of repairs to court if you have them.

  [ ] **14. No Entry or Presence Under Influence**
  Respondent is allowed at the Petitioner's residence, but cannot be or stay there while under the influence of drugs or alcohol. This would be a threat to the safety or well-being of

NOTE: A judge can only order economic remedies be awarded at a hearing where Respondent is present or has been given

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| formal written notice.<br><br>If you checked any box in Section **2** or one of the first two boxes in Section **3**, you cannot check box **14**. | Petitioner or Petitioner's children. |
| In 14.5, check if you want to ask for guns to be taken away and Respondent is a current intimate partner of Petitioner and represents a threat to the physical safety of Petitioner or Petitioner's child. Then check all boxes that fit your case.<br><br>**NOTE**: A judge can only order guns to be taken away at a hearing where Respondent is present or has been given formal written notice. | ☒ **14.5 FIREARMS** *(available **ONLY** after actual notice to Respondent and/or a hearing with the judge)*<br>☒ Respondent is a current or former intimate partner of the Petitioner and represents a threat to the physical safety of Petitioner or Petitioner's child. Respondent should be ordered to turn over all firearms in their possession.<br>In addition, Respondent *(check all that apply)*:<br>☒ Has a history of violence.<br>☐ Has a history of possession or use of firearms.<br>☐ Carries a firearm on their person or in a vehicle.<br>Make and model of vehicle: _____<br>☐ May be a threat to the safety of the public or police officer.<br>☐ Is now, or has been, suicidal. |
| In 15, check if you do not want Respondent to get your children's school records or other records. These records could provide Respondent with your protected address. Check all boxes that apply to your case. | ☐ **15. Children's Records**<br>Respondent should not be allowed to access, inspect, or obtain school records, healthcare records, or any other records of the children BECAUSE *(check all that apply)*:<br>☐ Petitioner is requesting that Respondent not be allowed to have contact with the minor children.<br>☐ The actual address of Petitioner is not included in this Petition due to the risk of further abuse.<br>☐ It is necessary to prevent abuse or wrongful removal or concealment of the children. |
| In 16, check if you want Respondent to pay the shelter. If you know, enter the amount of the cost in the blank. If you are not sure, you can estimate. Bring receipts to court if you have them. | ☐ **16. Shelter Reimbursement** *(available **ONLY** after actual notice to Respondent and/or a hearing with the judge)*<br>Respondent be ordered to reimburse a shelter providing temporary housing or counseling to Petitioner..............................................................................................$ _____ |
| Check 17 if there are other things you want Respondent to do or to stop doing. List those things on the lines. | ☒ **17. MISCELLANEOUS REMEDIES**<br>Respondent be ordered to:<br>NO VERBAL NO PHYSICAL NO WRITTEN NO THIRD PARTY CONTACT NO SOCIAL MEDIA CONTACT INCLUDING BUT NOT LIMITED TO FACEBOOK, INSTAGRAM, SNAPCHAT, TIK TOK, X, WHATSAPP, PHONE CALLS, MESSAGES, EMAILS, ETC.<br>BECAUSE: _____ |

Case No. 2024OP002585
Ref. Case _____

| | |
|---|---|
| Explain the reasons on the lines after "Because." | |

☒ **18. Telephone Services**
A wireless telephone provider should transfer from Respondent to Petitioner the right to continue to use their own telephone numbers and be responsible for the cost of them. Petitioner, or a minor child in Petitioner's custody, uses the telephone numbers.
    Provider: AT&T
    Name of Account Holder: STEVEN COHEN
    Billing Phone #: 4193158999
    Petitioner's Phone #s: 8472579747
    Petitioner's Phone #s: _____

In **18**, check if you are on Respondent's cell phone plan and you want to separate your account. Enter the provider name and telephone numbers.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

I certify that everything in the *Petition for Order of Protection* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under **735 ILCS 5/1-109**.

*[signature]*

*Petitioner Signature*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

NATALIE COHEN (49)
*Petitioner Name*

If prepared by someone other than Petitioner, that person should enter their name, address, phone number, and email address.

Prepared by: NATALIE COHEN
Street Address: 99 ROGER WILLIAMS AVENUE
City, State, ZIP: HIGHLAND PARK IL 60035
Phone Number: _____
Email: _____
Attorney # (if any): _____

## DEFINITION OF TERMS USED IN THIS *PETITION*

These definitions are incorporated in and made a part of the *Petition* to which they are attached.

1. **Abuse:** "Abuse" means physical abuse, harassment, intimidation of a dependent, interference with personal liberty or willful deprivation but does not include reasonable direction of a minor child by a parent or person in *loco parentis*.
2. **Adult with Disabilities:** "Adult with Disabilities" means an elder adult with disabilities or a high-risk adult with disabilities. A person may be an adult with disabilities for purposes of this Act even though he or she has never been adjudicated an incompetent adult. However, no court proceeding may be initiated or continued on behalf of an adult with disabilities over that adult's objection, unless such proceeding is approved by his or her legal guardian, if

Case No. 2024OP002585
Ref. Case _____

any.

3. **Elder Adult with Disabilities:** "Elder adult with disabilities" means an adult prevented by advanced age from taking appropriate action to protect himself or herself from abuse by a family or household member.
4. **Exploitation:** "Exploitation" means the illegal, including tortious, use of a high-risk adult with disabilities or of the assets or resources of a high-risk adult with disabilities. Exploitation includes, but is not limited to, the misappropriation of assets or resources of a high-risk adult with disabilities by undue influence, by breach of a fiduciary relationship, by fraud, deception, or extortion, or the use of such assets or resources in a manner contrary to law.
5. **Family or Household Members:** Include spouses, former spouses, parents, children, stepchildren and other persons related by blood or by present or prior marriage, persons who share or formerly shared a common dwelling, persons who have or allegedly have a child in common, persons who share or allegedly share a blood relationship through a child, persons who have or have had a dating or engagement relationship, persons with disabilities and their personal assistants, and caregivers as defined in Section 12-4.4a of the Criminal Code of 2012. For purposes of this paragraph, neither a casual acquaintanceship nor ordinary fraternization between two individuals in business or social contexts shall be deemed to constitute a dating relationship. In the case of a high-risk adult with disabilities, "family or household members" includes any person who has the responsibility for a high-risk adult as a result of a family relationship or who has assumed responsibility for all or a portion of the care of a high-risk adult with disabilities voluntarily, or by express or implied contract, or by court order.
6. **Harassment:** "Harassment" means knowing conduct which is not necessary to accomplish a purpose that is reasonable under the circumstances, would cause a reasonable person emotional distress, and does cause emotional distress to Petitioner. Unless the presumption is rebutted by a preponderance of the evidence, the following types of conduct shall be presumed to cause emotional distress:
    a. creating a disturbance at Petitioner's place of employment or school; or
    b. repeatedly telephoning Petitioner's place of employment, home or residence; or
    c. repeatedly following Petitioner about in a public place or places; or
    d. repeatedly keeping Petitioner under surveillance by remaining present outside his or her home, school, place of employment, vehicle or other place occupied by Petitioner or by peering in Petitioner's windows; or
    e. improperly concealing a minor child from Petitioner, repeatedly threatening to improperly remove a minor child of Petitioner's from the jurisdiction or from the physical care of Petitioner, repeatedly threatening to conceal a minor child from Petitioner, or making a single such threat following an actual or attempted improper removal or concealment, unless Respondent was fleeing an incident or pattern of domestic violence; or
    f. threatening physical force, confinement or restraint on one or more occasions.
7. **High-risk Adult with Disabilities:** "High-risk adult with disabilities" means a person aged 18 or over whose physical or mental disability impairs his or her ability to seek or obtain protection from abuse, neglect, or exploitation.
8. **Interference with Personal Liberty:** "Interference with personal liberty" means committing or threatening physical abuse, harassment, intimidation or willful deprivation so as to compel another to engage in conduct from which she or he has a right to abstain or to refrain from conduct in which she or he has a right to engage.
9. **Intimidation of a Dependent:** "Intimidation of a dependent" means subjecting a person who is dependent because of age, health or disability to participation in or the witnessing of: physical force against another or physical confinement or restraint of another which constitutes physical abuse as defined in this Act, regardless of whether the abused person is a family or household member.
10. **Neglect:** "Neglect" means the failure to exercise that degree of care toward a high-risk adult with disabilities which a reasonable person would exercise under the circumstances and includes but is not limited to:
    a. the failure to take reasonable steps to protect a high-risk adult with disabilities from acts of abuse; or
    b. the repeated, careless imposition of unreasonable confinement; or
    c. the failure to provide food, shelter, clothing, and personal hygiene to a high-risk adult with disabilities who requires such assistance; or
    d. the failure to provide medical and rehabilitative care for the physical and mental health needs of a high-risk adult with disabilities; or
    e. the failure to protect a high-risk adult with disabilities from health and safety hazards.
    Nothing in this definition shall be construed to impose a requirement that assistance be provided to a high-risk adult with disabilities over his or her objection in the absence of a court order, nor to create any new affirmative duty to provide support to a high-risk adult with disabilities.
11. **Petitioner:** "Petitioner" may mean not only any named petitioner for the order of protection and any named victim of abuse on whose behalf the petition is brought, but also any other person protected by this Act.
12. **Physical Abuse:** "Physical abuse" includes sexual abuse and means any of the following:
    a. knowing or reckless use of physical force, confinement or restraint, or
    b. knowing, repeated and unnecessary sleep deprivation; or
    c. knowing or reckless conduct which creates an immediate risk of physical harm.
13. **Stalking:** "Stalking" means knowingly and without lawful justification, on at least two (2) separate occasions, following another person or placing the person under surveillance or any combination thereof and:
    a. at any time transmitting a threat of immediate or future bodily harm, sexual assault, confinement or restraint and the threat is directed towards that person or a family member of that person; or
    b. placing that person in reasonable apprehension of immediate or future bodily harm, sexual assault, confinement or restraint; or
    c. placing that person in reasonable apprehension that a family member will receive immediate or future bodily harm, sexual assault, confinement, or restraint.
14. **Willful Deprivation:** "Willful deprivation" means willfully denying a person who because of age, health or disability requires medication, medical care, shelter, food, therapeutic device, or other physical assistance, and thereby exposing that person to the risk of physical, mental or emotional harm, except with regard to medical care or treatment when the dependent person has expressed an intent to forego such medical care or treatment. This paragraph does

Case No. 2024OP002585
Ref. Case _____

not create any new affirmative duty to provide support to dependent persons.