### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Edward Weinhaus

Plaintiff(s),

v.

Township High School District 113 et al

Defendant(s).

Case No. 25 C 14662

Judge  Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

     which ☐ includes     pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑    other: This case is dismissed with prejudice for failure to state a claim

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☑ decided by Judge  Alonso      on a motion.

Date: 6/25/2026          Thomas G. Bruton, Clerk of Court

Lesley Fairley          , Deputy Clerk